## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 7:11-CV-87-FL

| | |
|---|---|
| THOMAS A. VANN, TRUSTEE and<br>FIRST SOUTH BANK, BENEFICIARY<br>UNDER THAT DEED OF TRUST<br>RECORDED AT BOOK 5257, PAGE 1190<br>NEW HANOVER COUNTY REGISTER<br>OF DEEDS,<br><br>         Appellants,<br>v.<br><br>JAMES B. ANGELL, CHAPTER 7<br>TRUSTEE for POLICARPO RODNEY<br>DESPAIGNE and JAMAYE RENEE<br>DESPAIGNE,<br><br>         Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

THIS CAUSE coming on to be heard and being heard before the undersigned Chief United States District Court Judge for the Eastern District of North Carolina upon Appellants' Motion to Withdraw Appeal;

AND IT APPEARING to the Court that James B. Angell, Trustee, consents to this motion and that said motion should be granted for good cause shown.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Appellants' Motion to Withdraw Appeal is granted and the appeal in this matter is dismissed.

Louise W. Flanagan
U.S. District Judge
Eastern District of N.C.